Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

KASPER LAMAR DOBBS #09235-029
U.S.P. HAZELTON
P.O. BX 2000
BRUCETON MILL, WV 26525
(Full name under which you were convicted, prison number, place of confinement, and full mailing address)

Petitioner,

vs.

Warden HODGES
(Name of Warden or other authorized person where you are incarcerated)

Respondent.

FILED
FEB 16 2021
U.S. DISTRICT COURT
ELKINS WV 26241

Petition for Habeas Corpus
Pursuant to 28 U.S.C. § 2241

Civil Action No. 3:21cv24
(to be assigned by Clerk)

Groh
Trumble
Sims

**Important notes to read before completing this form:**

★ Please read the entire petition **before** filling it out. Answer **only** those questions which pertain to your claim(s).

---

1. This petition concerns (check the appropriate box):

   ☐ a conviction
   ☐ a sentence
   ☐ jail or prison conditions
   ☐ prison disciplinary proceedings
   ☐ a parole problem
   ☑ other, state briefly: "Planted" Crimes in my NCIC which was used to enhance my sentence under A.C.C.A 924(e)(2)

Attachment A

Burglary, Armed Robbery, Robbery, & others (w)

2. Are you represented by counsel?   ☐ Yes   ☑ No

If you answered yes, list your counsel's name and address: _____

3. List the name and location of the court which imposed your sentence:
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF IOWA (Hon. Linda R. Read)

4. List the case number, if known: CR-04-1004-LRR

5. List the nature of the offense for which the sentence was imposed:
HOBBS ACT ROBBERY §1951 (Count #1); §(2) the use of Carrying of a firearm in relation to a Crime of Violence, §924(c)(i)(A)(ii) (Count #2) and §922(g)(1) and (924(e) Count #4)

6. List the date each sentence was imposed and the terms of the sentence:
July 5, 2005   /   444 Months (37 years)

7. What was your plea to each count? (Check one)

☐ Guilty
☑ Not Guilty
☐ Nolo Contendere

Attachment A

8. If you were found guilty after a plea of not guilty, how was that finding made?

   ☑ A jury
   ☐ A Judge without a jury
   ☐ A Magistrate Judge without a jury

9. Did you appeal from the judgment of conviction or imposition of the sentence?

   ☑ Yes    ☐ No

10. If you did appeal, give the following information for each appeal:

    A. Name of Court: U.S. Court of Appeals for the Eighth Circuit
    B. Result: Affirmed in U.S. v. Dobbs
    C. Date of Result: 5/31/06
    D. Grounds raised (List each one): I. Insufficient evidence that Dobbs had a Firearm, II. Insufficient evidence that Dobbs was Involved in the Robbery, III. Insufficient evidence that the (Single) one robbery of a Mom's & Pops Store interferred with Interstate Commerce, IV. The Court should have had an hearing or at least Replace Counsel with Pending Lawsuit/Complaint
    Note: if you filed an appeal in more than one court, attach an additional sheet of paper of the same size and give all of the information requested in Question 10, A through D.

11. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? This is called a post-conviction pleading.

    ☑ Yes    ☐ No

    If your answer was yes, complete the following sections:

    A. First post-conviction proceeding:
       1. Name of Court: U.S. Supreme Court

Attachment A

    2. Nature of Proceeding: __Cert.__
    3. Grounds Raised: __Aid/abet a Completed Crime, Interstate nexus,__ Violating 9-131-040
    4. Did you receive an evidentiary hearing? ☐ Yes ☑ No
    5. Result: __Cert. den__
    6. Date of Result: __2/20/07__

  B. Second post-conviction proceeding:
    1. Name of Court: ____
    2. Nature of Proceeding: ____
    3. Grounds Raised: ____
    4. Did you receive an evidentiary hearing? ☐ Yes ☐ No
    5. Result: ____
    6. Date of Result: ____

  C. Did you appeal to the result of the post conviction proceeding(s) to the highest court having jurisdiction?
    1. First proceeding: ☑ Yes ☐ No Result: __Denied__
    2. Second proceeding: ☐ Yes ☐ No Result: ____

  D. If you did not appeal the adverse result of the post-conviction proceeding(s), explain briefly why not: __N/A Ineffective of assistance__

12. For your information, the following is a list of the most frequently raised grounds for relief in applications for habeas corpus pursuant to 28 U.S.C. §2241. You may raise any grounds which you may have other than those listed. However, in this application, you should raise all available grounds on which you base your petition. **Do not check** any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. **The petition will be returned to you if you merely check one or more of the grounds:**

  A. U.S. Parole Commission unlawfully revoked my parole.
  B. Federal Bureau of Prisons unlawfully computed my sentence.

C. Federal Bureau of Prisons unlawfully denied me credit for time served in state or federal prison.
D. Federal Bureau of Prisons or State prison system unlawfully revoked my good time credits.
E. There is an unlawful detainer lodged against me.
F. I am a citizen and resident of a foreign country and I am in custody for an act which I had a right to commit under the laws of my country.
G. The act for which I was convicted is no longer considered to be a crime, and I cannot raise this issue in a §2254 petition or a §2255 motion.

CAUTION: if you fail to set forth all of the grounds in this petition at this time, you may be barred from presenting additional grounds at a later date.

State clearly every ground on which you are seeking relief. Summarize briefly the facts supporting each ground. If necessary, attach a total of five (5) typed or ten (10) neatly printed pages maximum for all grounds and all attachments.

A. Ground one:

Chicago "Officials" "Planted" crimes in my "History Summary" I had NOT committed! Officials, also.. used dates of a crime (P.S.M.V.) which I was arrested for.. Attachment enclosed. To better Illustrate concern and to establish my case.. for Planting, Tampering, obstruction of Justice, Conspiracy to Commit Fraud, etc

Supporting facts: tell your story briefly without citing cases or law. You are cautioned that you must state facts, not conclusion, in support of your grounds. A "rule of thumb" to follow is this: who did exactly what to violate your rights at what time and place).

B. Ground two:

A) Ground #1

EX #1) Chicago Police "History Summary" (NCIC) 5/05/04
This "Fraudulent" Police reports. Is the bases of my 2241. Because this report. was the reason(s) for Converting my case to Federal Jurisdiction and the (Move) Concern issue. This (NCIC) was the bases for my "Enhancement" under 924(e) A.C.C.A. additional 15yrs.

Page #3) of EX #1) (NCIC) Lines #16) Burglary alleged to have been arrested 3/25/91. However! This date is the date a "Complaint" was filed "NOT" an arrest as alleged in "Official Statement of facts" by: (Cook County's Assistant State attorney) See EX #4

Same (NCIC) EX #1) Lines #19) Armed Robbery 12/23/94. is the date of an "arrest" See EX #3(A)(B) of P.S.M.V.

Same (NCIC) EX #1) Lines #20) Robbery 5/26/95. (2) Concerns with This date Fraudulently used. 1st 2-days Prior to this alleged crime I was Sentence to 16yrs for P.S.M.V. Case #95-CR-76301
    2nd is the received date 5/26/95
Officials used the dates and sentence of P.S.M.V.. Changed the crime to an Upgraded offense. (Twice) with the Armed Robbery and the Robbery, and hid the actual crime for those dates. You'll notice. No-mention of P.S.M.V. in this EX #1

EX #2) FOIA #07-1014 is the Reason to Support NO-Arrest or mugshots. Found to Support an enhancement for 924(e) additional 15yrs. and Contradicts "Officials Statement of facts" in EX #4

EX #3) Police Report with the date of 12/23/94 for P.S.M.V. But! Modified by officials to an Upgraded crime (Armed Robbery)

EX #5) "Newly Discovered". FOIA #P617615-111720. Also. Supports.
NO-arrest for 3/25/91 Crime of Burglary. Because it was based on a "Conviction" which is merely an allegation NOT! an arrest!

EX #6) "Newly Discovered" Updated (NCIC) NOTICE!! No-Mention of 1- 3/25/91 Burglary, Armed Robbery, or Robbery. (All) Planted

Ground Tv

Attachment A

Supporting facts:

C. Ground three:

Supporting facts:

D. Ground four:

Attachment A

Supporting facts:

_____
_____
_____
_____
_____

13. Were all of the above grounds presented to another court, state or federal? If not, state which grounds were not presented. If yes, state the name of the court, date of decision, and the nature of the outcome:

Prior to the 2241 request, I had not obtain. The evidence I have now. Wasn't available to support my claim. The date un/known. but if the issue was address it wasn't in this fashion. Would've been possible an appeal if it was?

14. If this petition concerns prison disciplinary proceedings, a parole problem, computation of sentence, or other case under 28 U.S.C. § 2241, answer the following questions:

   A. Did you present the facts in relation to your present petition in the prison's internal grievance procedure?

      ☐ Yes    ☐ No

   1. If your answer to "A" above was yes, what was the result:

   _____
   _____
   _____
   _____
   _____

Attachment A

2. If your answer to "A" above was no, explain:
_____
_____
_____

B. If you are a federal prisoner, did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

☑ Yes  ☐ No

1. If your answer to "B" above was yes, what was the result:
NoT a B.O.P issue must be Submitted to the Courts.
_____

2. If your answer to "B" above was no, explain:
_____
_____
_____

15. Relief: State here, as briefly as possible, exactly what you want the court to do for you:

   1. Make **no** legal arguments.
   2. Cite **no** cases or statutes.

To be immediately release. I've Served more than 85% for Aiding/abetting a Robbery. any additional Sentence based on Planted/Tampering, Obstruction of Criminal data base, is illegal Crimes Planted in any (NCIC) for which I was (enhance) under 924(e) is based on a "Complaint" NoT an actual arrest as alleged. which was used by Government in the Northern District for enhance purposes. To 15yrs. Non-Supported by an arrest.

Attachment A

16. If a previous motion to vacate or modify a prisoner's sentence, pursuant to Section 2255, was not filed, or if such a motion was filed and denied, the reasons why Petitioner's remedy by way of Section 2255 is inadequate or ineffective to test the legality of the detention. 7

_____
_____
_____
_____
_____
_____

Signed this __3rd__ day of __January__, __2021__.
           (day)                 (month)         (year)

_Dobbs, Kasper L._
Your Signature

_N/A_
Signature of Attorney (if any)

I declare (or certify, verify, or state), under penalty of perjury, that the foregoing is true and correct.

Date of Signature: _01/3/21_      _Dobbs, Kasper L._
                                                         Your Signature

Attachment D

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

KASPER LAMAR JOBBS
_____
*Your full name*

v.

Warden Hudgins
USP Hazelton
Brucetomill, WV
26525-2000

Civil Action No.: _____

*Enter above the full name of respondent in this action*

## Certificate of Service

I, Kasper L. Jobbs (your name here), appearing *pro se*, hereby certify that I have served the foregoing ___2241___ (title of document being sent) upon the respondent by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the respondent on Jan 13th, 2021 (insert date here):

(List name and address of counsel for respondent)

Jobbs, Kasper L.
(sign your name)