Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
FEB 0 7 2022
U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

Kasper Lamar Dobbs, 09235-029, USP Hazelton, Bruceton Mills, WV 26525-2000, )
_____, )
(Full name under which you were convicted, )
prison number, place of confinement, and )
full mailing address) )
 )
 Petitioner, )
vs. )
 )
R. Wolfe, )
_____, )
(Name of Warden or other authorized person )
where you are incarcerated) )
 )
 Respondent. )
_____)

**Petition for Habeas Corpus
Pursuant to 28 U.S.C. § 2241**

Civil Action No. 3:21cv24 _____
(to be assigned by Clerk)

**Important notes to read before completing this form:**

★   Please read the entire petition **before** filling it out. Answer **only** those questions which pertain to your claim(s).

---

1.   This petition concerns (check the appropriate box):

     ☐   a conviction
     ☑   a sentence
     ☐   jail or prison conditions
     ☐   prison disciplinary proceedings
     ☐   a parole problem
     ☐   other, state briefly: _____

**Attachment A**

_____
_____
_____

2. Are you represented by counsel?   ☐ Yes   ☒ No

   If you answered yes, list your counsel's name and address: _____
   _____
   _____

3. List the name and location of the court which imposed your sentence:
   United States District Court (Hon. Linda R. Read)
   for the Northern District of Iowa
   _____

4. List the case number, if known: CR-04-1004-LRR

5. List the nature of the offense for which the sentence was imposed: Interference with
   Commerce by robbery 18 U.S.C. §1951 (Count(1); Aiding/Abetting the use of a
   firearm in relation to a Crime of violence 18 U.S.C. §2 and § 924(c)(1)(A)(ii))
   (Count(2) and felon in possession of a firearm 18 U.S.C. §922(g)(1) and
   924(e) Count(4)

6. List the date each sentence was imposed and the terms of the sentence:
   January 21st, 2005
   _____
   _____

7. What was your plea to each count? (Check one)

   ☐ Guilty
   ☒ Not Guilty
   ☐ Nolo Contendere

Attachment A

8. If you were found guilty after a plea of not guilty, how was that finding made?

   ☑ A jury
   ☐ A Judge without a jury
   ☐ A Magistrate Judge without a jury

9. Did you appeal from the judgment of conviction or imposition of the sentence?

   ☑ Yes   ☐ No

10. If you did appeal, give the following information for each appeal:

    A. Name of Court: 8th Circuit Court of Appeal (U.S. v. Dobbs) 449 F.3d 904
    B. Result: Denied  NO. 05-2249
    C. Date of Result: May 31, 2006
    D. Grounds raised (List each one): Sorry. O'Kay.
    There was Insufficient Evidence That "I" Had a Firearm
    There was Insufficient Evidence That "I" was Involved in the Robbery
    There was Insufficient Evidence That the robbery Interfered w/ Commerce
    The Courts Should have Replaced Attorney or at least had a hearing on the Conflict Issue

    Note: if you filed an appeal in more than one court, attach an additional sheet of paper of the same size and give all of the information requested in Question 10, A through D.

11. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? This is called a post-conviction pleading.

    ☑ Yes   ☑ No

    If your answer was yes, complete the following sections:

    A. First post-conviction proceeding:
       1. Name of Court: _____

**Attachment A**

    2.    Nature of Proceeding: _____
    3.    Grounds Raised: _____
    4.    Did you receive an evidentiary hearing ?  ☐ Yes    ☐ No
    5.    Result: _____
    6.    Date of Result: _____

B.    Second post-conviction proceeding:
    1.    Name of Court: _____
    2.    Nature of Proceeding: _____
    3.    Grounds Raised: _____
    4.    Did you receive an evidentiary hearing ? ☐ Yes    ☐ No
    5.    Result: _____
    6.    Date of Result: _____

C.    Did you appeal to the result of the post conviction proceeding(s) to the highest court having jurisdiction?
    1.    First proceeding:    ☐ Yes    ☐ No    Result: _____
    2.    Second proceeding: ☐ Yes    ☐ No    Result: _____

D.    If you did not appeal the adverse result of the post-conviction proceeding(s), explain briefly why not: _____
_____
_____

12.    For your information, the following is a list of the most frequently raised grounds for relief in applications for habeas corpus pursuant to 28 U.S.C. §2241. You may raise any grounds which you may have other than those listed. However, in this application, you should raise all available grounds on which you base your petition. **Do not check** any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. **The petition will be returned to you if you merely check one or more of the grounds:**

    A.    U.S. Parole Commission unlawfully revoked my parole.
    B.    Federal Bureau of Prisons unlawfully computed my sentence.

**Attachment A**

 C. Federal Bureau of Prisons unlawfully denied me credit for time served in state or federal prison.
 D. Federal Bureau of Prisons or State prison system unlawfully revoked my good time credits.
 E. There is an unlawful detainer lodged against me.
 F. I am a citizen and resident of a foreign country and I am in custody for an act which I had a right to commit under the laws of my country.
✓ The act for which I was convicted is no longer considered to be a crime, and I cannot raise this issue in a §2254 petition or a §2255 motion.

**CAUTION: if you fail to set forth all of the grounds in this petition at this time, you may be barred from presenting additional grounds at a later date.**

State clearly every ground on which you are seeking relief. Summarize briefly the facts supporting each ground. If necessary, attach a total of five (5) typed or ten (10) neatly printed pages maximum for all grounds and all attachments.

A. Ground one:
"Factual Innocent" A 15yr Sentence was imposed based on fraudulent "Documents", "Official Statement of facts" NOTHING! (MORE) that increased my Sentence and qualified me for Armed Career enhancement

Supporting facts: tell your story briefly without citing cases or law. You are cautioned that you must state facts, not conclusion, in support of your grounds. A "rule of thumb" to follow is this: who did exactly what to violate your rights at what time and place).
Paul W. Groah a "Cook County" (Assistant) States Attorney had filed a Document "Official Statement of facts" alleging Petitioner was Pick from an Array of Photos and "Arrested" March 25th, 1991. (you) have Exhibit Ex "D" Case # 91-Cr-13166 Chapter 38 Ill Code §19-1-A "felony"

B. Ground two: Illinois Burglary 720 Il 38 5/19-1 Are No-longer Predicate offense to enhance under "A.C.C.A" (Illegally Confine)

However, it wasn't until Pre-Trial after Perusing Discovery. I learn that my felony Convictions Consisted of (Three). But, what sparkled my Curosity was (Two) Burglarys. in the Same year a week apart from each other? The first being, The alleged (Burglary) in 3/25/91 and it was ran concurrently with a case (Burglary) 91-CR-9293 Date of Arrest 4/01/91. Which I knew nothing about until 2004 So. I wrote the Police Department in that District. They forward me Numerous of Arrest and Mugshots. "for a fee" But! I notice, There was nothing for 3/25/91 So! I wrote again. [1] "Legal Affairs" (FOIA) officer forwarded me a Missive. EX"A" 07-1014 you already have in your Records. That there were NO- "Mugshots or Arrest for 3/25/91 There has to be a Mix-up. I write (again) [1]... I've not received what I requested and (Paid) for.

I receive (another) FOIA Missive. FOIA # P617615-111720 EX"B" (you) also have an Records. its The Date the "Complaint" was filed? "3/25/91

There was never an Arrest. Because I had not Committed this offense or is there Supporting "Due-process" of Law I had. Arrest Report OR finger Prints.

(10)

Cont'd (Ground One) 2-29
Brief Narrative. Per-Court official Documents. I was arrested 3/25/91. So. Now I'm writing "Cook County", Jail of Chicago. To obtain "Verification of Incarceration" for 3/26/91 Under the alias "officials" used I was arrested allegedly Under Casper with a "C" Dobbs. Because in Chicago, If your arrested one day. Your going to the "County Jail" The next day. (Period) So. There should've been a "Verification of Incarceration". There wasn't! There wasn't a Booking No. either?
However, I decided to try Under the Alias "Phillip Wilson" which "I WAS"! Arrested 4/01/91 I received "Verification of Incarceration", Booking #, Bond hearing, and Arraignment Date. (You) have (also) as "EX" Verification Under Phillip Wilson

I Cannot be (Two) Places at once. Its Impossible for me to have been "Caught" in the Act "Red-Handed" 4/01/91 Arrested. But! alleged to have been Arrested 3/25/91 (Prior) To.

How these Court document appeared was based on "Cook County (assistant) States attorney "Official Statement of facts".
      NOT AN ARREST!

10

Cont'd <u>Ground One</u>:

I'm not sure But, I doubt you can be convicted without an Arrest.
E.g. Sentencing Transcripts (May 4, 2005) at Pg. 24

Dennis Murphy an Expert for the Government admits that one of the Two Sets of prints used to prove (Two) Different Burglaries were "<u>CREATED</u>" only "<u>to render more detail</u>"

The <u>Chicago Police Depart.</u> Whom is alleged to have made the arrest. Per Assistant States Attorney of "Cook County" Courts.. <u>Acknowledged "Only"!</u> <u>(One) Burglary!</u> Per (FOIA) 07-1014

Conviction for (Burglary) 91-CR-13166. Was based on fraudulent, Tampered, & Modified (Information)

(10)

Attachment A

On Jan 21st, 2005 Petitioner was Sentence as an Armed Career Criminal and enhance 15 yrs. by The Northern District of Iowa Eastern District Honorable Judge Linda R. Reade.

Supporting facts:

C. Ground three: "Officials misconduct" 4th and 14th Amendment violations
Petitioner's History Summary has been (Altered) to Seem Worst then what it appears. Including Juvenile, Offense Concealed Date used (Twice) to appear more "Serious" to disproportionately Subject Petitioner to a "Life" Sentence. Clearly "obstruction of Justice (you) have Exhibits.

Supporting facts:
Officials Unknown. No-One will assist in an Investigation But, The Criminal Data Supports (alterations or Modification to be Criminal Acts, by Someone with Criminal Data Excess, While in their Capacity.

D. Ground four: "Actual/Factional Innocent" Was a "Firearm" actually used in the Commission of a Crime.

Cont'd <u>Ground Two</u> 1st

J was Sentence in Jowa's federal court. The State of (Jowa's) Burglary statute applied to a Broader range of locations than a "Generic" Burglary Statute would also. The State which my (one) Burglary occurred, also adopts Jowa's ruling. That "Illinois" Generic burglary statute is similarly overbroad.

There's case law which the court request J not list. "J will not".

My qualifications as an Armed Career Criminal Petitioner is Serving an Illegal Sentence of 444 Months (37yrs) with 18 yrs in. Serve the Sentence for (allegedly) Aiding & Abetting. The remaining 15 yrs are for "Illinois" (Burglary) BoTh!

and now neither are proper predicates offense under the ACCA.

Without the (ACCA) enhancement. Petitioner would have faced a Maximum Sentence of (?) Therefore. Petitioner is Serving a Sentence that exceeds the Maximum Sentence I~~t~~ could have faced for (allegedly) violating 18 U.S.C. § 922(g).

This Satisfies or Should a "Great" Miscarriage of Justice have occurred

(11)

Cont'd <u>Ground Two</u>

Because The Illinois general Burglary Statute No-longer qualifies as a predicate offense under ACCA. Petitioner No-longer qualify as an Armed Career Criminal or Career Criminal Therefore, Petitioner would ask for an Immediate Release from B.O.P's Custody.

Cont'd Ground Four

**First**, Kristianna Roth. Never Stated She Seen a "Gun" (Before) or (After) the Offense. Only alleged to have Bragged. First peruse her Testimony "is this person reliable Pg. Trial Transcript Page #276 lines #16 Question? Day of the robbery Did you see a firearm (Answer) NO! Line #17 Same Pg. lines #18 - Pg. #277 lines 1-2, "Never Seen a Gun" and its alleged she was at my apartment on the day of the Crime (Before) and (After)

**Second**: ATF "expert" Mr. Phillip Pritchett. Pg. #162 lines #12-15 of Trial Transcripts. Q) Are there any manufactures here in Iowa? A) There are "Some" Custom Manufacturers of firearms in the State of Iowa.
This lessen the Government "Burden of Proof" There was no (Gun) "recovered" even ATF States Pg. #185 lines #16-19 A) I didn't say that there aren't any "Pistol" Manufactured in the State of Iowa.
Pg. #166 lines #4-8. Q) Whether interstate nexus exist. it kind of Important to look at the firearm and see where it come from, Right? A) Yes!
Pg. #167 lines #10-16. Q) not having additional information where it come from, couldn't you say it Traveled through Interstate Commerce A) Correct
Pg. #189 Q) Are you familiar with Replica "Hand Guns"
   A) Yes. . Do They have working functions
   A) Yes. They do.

(11)

Confidential Cont'd 4 Jour

Pg. #191 lines# 3-6 Q) Isn't it True some have "Sliding" mechanism at the Top to load the next Pellet?
A) yes they do

lines 10-14. Q) In your training and experience, is that a firearm? A) No its not.

Pg. #193 lines# 3-10 Q) If a firearm isn't available for "EXAMINATION" by you an "EXPERT" ATF Agent. Could you determine its a firearm
A) No, "NOT REALLY."

The clerk your Honor describe a "Black" object as "Silver." Please do not misconstrude I'm not down playing the offense or How she felt. I've been shot. I'm only stating the facts. Its impossible to say Something "Projectile" 921(a)(3)(A) without it doing it. Akin to a crime. Its not a crime Unless the Law makes it one, and you have to committed it. This is why "Hearsay" Isn't admissible, or Confrontation Clause etc.

fN/ ATF Agent testified the object was "Black" NOT "Silver"

(11)

Cont'd Ground Four

The Agent (ATF) Expert raised doubt as to if it was a "firearm", when he stated, "but, could not certainty say it was a "firearm" This witness was called by the Government. This seriously calls into doubt that this "Unknown" (Object) was in fact a "firearm" for the purpose of § 924(c) This raises a Substantial Doubt. That the object could shoot. Government failed to show a "Firearm" was Present or that one exist at the time of the offense.

Evidence is Sufficient to sustain a Conviction if Viewing the evidence in the light most favorable to the government, any rational trier of fact could have found the essential elements of the crime beyond a reasonable doubt.

(11)

Ground Five. Aiding and Abetting "Actual/factual Innocent".

1st Gesturing (alleged) wasn't to take anything or searched the clerk.

2nd Nothing was taken from that (alleged) gesturing

3rd During the commission the Offense was "complete" when the money was taken from the register (Before) This alleged Gesturing.

4th Gesturing was out the window. Customers came in. No one testified I had prior knowledge a crime was about to occur, Nothing shows or testified that I encourage a crime in process. How could I have been an aider and abettor under the meaning of the statutes?

**Attachment A**

Supporting facts:

_____
_____
_____
_____
_____
_____

13. Were all of the above grounds presented to another court, state or federal? If not, state which grounds were not presented. If yes, state the name of the court, date of decision, and the nature of the outcome:

_____
_____
_____
_____
_____
_____

14. If this petition concerns prison disciplinary proceedings, a parole problem, computation of sentence, or other case under 28 U.S.C. § 2241, answer the following questions:

   A. Did you present the facts in relation to your present petition in the prison's internal grievance procedure?

   ☒ Yes   ☐ No

   1. If your answer to "A" above was yes, what was the result:
   _____Denied_____
   _____
   _____
   _____
   _____

**Attachment A**

2. If your answer to "A" above was no, explain: _____

B. If you are a federal prisoner, did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

☑ Yes   ☐ No

1. If your answer to "B" above was yes, what was the result: Denied. Refered to Courts. J forwarded the Last Remedy to the Courts.

2. If your answer to "B" above was no, explain: _____

15. Relief: State here, as briefly as possible, exactly what you want the court to do for you:

1. Make **no** legal arguments.
2. Cite **no** cases or statutes.

1st Have my History Summary Corrected and Remove (all) offenses. J've not been arrested for or finger print for. And Make Corrections in dates and offenses. J've not committed

2nd Vacate my Sentence For Resentencing (without) The Armed Career Criminal and Career offender enhancements, Thank you.

Attachment A

16. If a previous motion to vacate or modify a prisoner's sentence, pursuant to Section 2255, was not filed, or if such a motion was filed and denied, the reasons why Petitioner's remedy by way of Section 2255 is inadequate or ineffective to test the legality of the detention.

_____
_____
_____
_____
_____
_____
_____

Signed this __2nd__ day of __February__, __2022__.
          (day)                (month)        (year)

Dobbs Lamar Kasper
__Dobbs Kasper Jr.__
Your Signature

__Pro-Se__
Signature of Attorney (if any)

I declare (or certify, verify, or state), under penalty of perjury, that the foregoing is true and correct.

Date of Signature: __Feb 2nd, 2022__      __Dobbs Kasper Jr.__
                                                              Your Signature